The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on April 2, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: April 2, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| In Re: | ) | |
|---|---|---|
| | ) | CASE NO. 18-10388 |
| WILLIAM FREEMAN | ) | |
| | ) | Chapter 7 |
| | ) | |
| DEBTOR | ) | Judge: ARTHUR I. HARRIS |
| | ) | |
| | ) | **ORDER FOR RELIEF FROM STAY** |
| | ) | **AND ABANDONMENT** |
| | ) | |

This matter came to be considered on the Motion for Relief from Stay and Abandonment of the Debtor's Executory Contract regarding the apartment located at 1610 West Royalton Road, #6 Broadview Heights, Ohio, (the "Motion") filed by Niederst Management, Ltd., Managing Agent for (the "Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor(s), counsel for Debtor(s), the Trustee, and all other necessary parties were served with the Motion and with Notice of the hearing date of the Motion. No Party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns, with respect to the Debtor's apartment located at 1610 West Royalton Road, #6 Broadview Heights, Ohio.

2. The Trustee is authorized and directed to abandon such Executory Contract.

### ###

Submitted by:

/s/ Sarah S. Graham
Sarah S. Graham, Esq. 0070850
Powers Friedman Linn, PLL
23240 Chagrin Blvd., Suite 180
Cleveland, Ohio 44122
Telephone (216) 514-1180
Fax (216) 514-1185
sgraham@pfl-law.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

A copy of the foregoing Order for Relief from Automatic Stay was served via ordinary mail and electronic mail service to the persons listed below on this _____ day of _____, _____ to the following:

Walter V. Landow, Esq. *Attorney for Debtor at* landowlaw@att.net

Kari B. Coniglio, Esq. *Trustee at* kbc@trustesolutions.net

And by regular U.S. Mail prepaid postage to:

William Freeman
1610 West Royalton Road, #6
Broadview Heights OH 44147